In the Matter of the Claim of MARCITA G. CHILDS, Appellant. KALEIDA HEALTH, Respondent; COMMISSIONER OF LABOR, Respondent.

Submitted October 17, 2011; decided December 15, 2011

Reported below, 69 AD3d 1070.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

FRANK FUSCA, Respondent, v A & S CONSTRUCTION, LLC, Appellant. (And a Third-Party Action.)

Submitted October 24, 2011; decided December 15, 2011

Reported below, 84 AD3d 1155.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.